## CALVERT vs. TUNSTALL.

APPEAL FROM THE COURT OF THE PARISH AND CITY
OF NEW-ORLEANS.

After a general denial, an amended answer, setting up a want of consideration to the note sued on, cannot be received.

The defendant sued upon his promissory note, pleaded the general issue, and afterwards moved to file an amended answer, setting up a want of consideration. The court *a quo* overruled the motion, there was judgment for the plaintiff, and the defendant appealed.

*Hawes,* for appellant.

The judge erred in refusing an amendment to the defendant's answer.

*Hoffman,* contra—prayed a confirmation of the judgment with damages for a frivolous appeal.

*Porter, J.* delivered the opinion of the court.

The defendant was sued on a promissory note, and pleaded the general issue. He afterwards moved for leave to amend his answer, by withdrawing the denial and pleading want of consideration. The court refused him leave to do so, and judgment being given against him, he appealed.

By the Code of Practice, the defendant may amend on the same condition on which this privilege is given to the

Eastern District.
*February* 1831.

CALVERT
*vs.*
TUNSTALL.

After a general denial, an amended answer setting up a want of consideration to the note sued on, cannot be received.

plaintiff, namely, that the substance of the demand in the one instance, and the defence in the other is not altered.

We think it was substantially changing the defence, to turn the matter at issue from a question as to the execution of the note, into one in relation to the consideration on which it was given, and that the court did not err in refusing to receive the amendment.

It is, therefore, ordered, adjudged and decreed, that the judgment of the Parish Court be affirmed with costs.